ACCEPTED
01-14-00710-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/1/2015 5:38:03 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00710-CV

**IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/1/2015 5:38:03 PM
CHRISTOPHER A. PRINE
Clerk

**LEA PERCY MCLAURIN,**
**APPELLANT**

**V.**

**SCOTT SUTTON MCLAURIN,**
**APPELLEE**

_____

**On Appeal from the 309th Judicial District Court
Harris County, Texas | Cause No. 2009-06775**

_____

### MOTION FOR EXTENSION OF TIME TO
### FILE APPELLANT'S REPLY

Appellant, **LEA PERCY MCLAURIN,** files this first motion for extension of time to file Appellant's Reply.

1.  Applicable Deadlines:

Appellant's Brief was filed on February 2, 2015.

Appellee's Brief was originally due on March 4, 2015; but this Court, upon Appellee's request, extended that deadline.

On June 18, 2015, this case was abated to permit the trial court to resolve a dispute between the parties regarding certain exhibits missing from the court reporter's record.

1

On July 29, 2015, a supplemental reporter's record was filed.

On July 31, 2015, this case was reinstated.

Also on July 31, 2015, a supplemental clerk's record was filed. An additional supplemental clerk's record was filed on August 11, 2015.

Appellee's Brief was filed on August 12, 2015.

Appellant's Reply is due on September 1, 2015.

2.    First Request for Extension of Time:

This is Appellant's first request for an extension of time to file her Appellant's Reply. **LEA PERCY MCLAURIN** is asking for a 10-day extension from the date of this motion to file her Appellant's Reply, up to and including **September 11, 2015**.

3.    Legal Authority for Extension of Time:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), this Court is authorized to extend the time for filing a brief if a motion is filed in conformity with Texas Rule of Appellate Procedure 10.5, before or after the brief is due. This request is timely filed.

4.    Reasons for Request for Extension of Time:

Attorneys for Appellant need a short extension of time to review the brief filed by Appellee and the supplemental reporter's and clerk's records filed on July 29, 2015, July 31, 2015, and August 11, 2015.

2

PRAYER

For the foregoing reasons, Appellant, **LEA PERCY MCLAURIN** hereby requests that this Court grant an extension of the deadline to file her Appellant's Brief by 10 days from the date of this motion, up to and including **September 11, 2015.**

Respectfully submitted,

LAW OFFICE OF DANIEL J. LEMKUIL

*/s/ Daniel J. Lemkuil*
**Daniel J. Lemkuil**
State Bar No. 00789448
1314 Texas Ave., Suite 1515
Houston, TX 77002
Tel: 713-993-9100 | Fax: 713-225-0099
daniel_lemkuil@flash.net

LAW OFFICE OF JANICE L. BERG
**Janice L. Berg**
State Bar No. 24064888
1314 Texas Ave., Suite 1515
Houston, TX 77002
Tel: 713-993-9100 | Fax: 713-225-0099
janice@janiceberglaw.com

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Appellant, Janice L. Berg, made reasonable attempts to confer with all parties regarding whether they oppose this motion:

- On September 1, 2015, counsel for Appellant contacted counsel for Appellee, Todd Frankfort, regarding this motion by phone and text message but no agreement regarding the extension of time was reached.

/s/ Janice L. Berg
Janice L. Berg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties or counsel in accordance with the Texas Rules of Appellate Procedure on September 1, 2015.

/s/ Janice L. Berg
Janice L. Berg